MRM:MJB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – X

| | |
|---|---|
| UNITED STATES OF AMERICA | REMOVAL TO THE SOUTHERN DISTRICT OF GEORGIA |
| - against - | |
| MEIGHAN O'DONNELL, | (Fed. R. Crim. P. 5) (SIL) |
| Defendant. | 20-MJ-645 |

– – – – – – – – – – X

EASTERN DISTRICT OF NEW YORK, SS:

MICHELLE GROFF, being duly sworn, deposes and states that she is a Special Agent with the Federal Bureau of Investigation ("FBI"), duly appointed according to law and acting as such.

On or about August 6, 2020, an arrest warrant on an indictment was issued in the Southern District of Georgia for Meighan O'Donnell (the "defendant") under docket number 4:20-CR-070, in which the defendant is accused of Aggravated Sexual Abuse with a Child Under 12 Years of Age and Abusive Sexual Contact with a Child Under 12 Years of Age, in violation of Title 18, United States Code, Sections 2241(c) and 2244(a)(5), respectively.

The source of your deponent's information and the grounds for her belief are:

1.   Upon information and belief, beginning at least as early as March 27, 2016 and continuing up to December 30, 2016, precise dates being unknown, in Liberty County, within the Southern District of Georgia, within the boundaries of Fort Stewart United States Army Post, an area within the special territorial jurisdiction of the United States, the defendant, Meighan O'Donnell, did knowingly engage or attempt to engage in a sexual act with a minor

2

victim who had not attained the age of 12 years. Specifically, the defendant directed the contact of the minor victim's mouth with the defendant's vulva and breasts with an intent to abuse, humiliate, harass, degrade, or arouse, or gratify the sexual desire of the defendant or the minor victim.

2. On or about August 5, 2020, the defendant, Meighan O'Donnell, was charged in an indictment in the Southern District of Georgia with Aggravated Sexual Abuse with a Child Under 12 Years of Age and Abusive Sexual Contact with a Child Under 12 Years of Age, in violation of Title 18, United States Code, Sections 2241(c) and 2244(a)(5), respectively.

3. On August 3, 2020, while conducting surveillance at a residence in Huntington, New York ("O'Donnell's residence"), a member of law enforcement observed an individual matching the New York Department of Motor Vehicles ("DMV") photograph on file for Meighan O'Donnell on multiple occasions. A black Jeep Wrangler was also observed outside of O'Donnell's residence. According to DMV records, that black Jeep Wrangler has been registered to Meighan O'Donnell at O'Donnell's residence since January 31, 2020.

4. On Friday, August 7, 2020, pursuant to a federal arrest warrant, (See Exhibit A, attached), Meighan O'Donnell was located and arrested at O'Donnell's residence. During the course of her arrest, Meighan O'Donnell confirmed to a member of law enforcement that she was in fact Meighan O'Donnell and provided law enforcement with a New York State driver's license with the same pedigree information and image as that contained in the DMV records for Meighan O'Donnell. Finally, I have compared a photograph of Meighan O'Donnell provided by the FBI in the Southern District of Georgia ("S.D.GA.") and the individual under arrest matches the photograph of Meighan O'Donnell provided by the S.D.GA.

3

O'Donnell provided by the FBI in the Southern District of Georgia ("S.D.GA.") and the individual under arrest matches the photograph of Meighan O'Donnell provided by the S.D.GA.

WHEREFORE, your deponent respectfully requests that defendant MEIGHAN O'DONNELL be dealt with according to law.

*[signature]*
MICHELLE GROFF
Special Agent
Federal Bureau of Investigation

Sworn to before me by telephone this
7th day of August, 2020

/s/ STEVEN I. LOCKE
_____
THE HONORABLE STEVEN I. LOCKE
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

EXHIBIT A

# EXHIBIT A

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| | |
|---|---|
| United States of America<br>v.<br>MEIGHAN O'DONNELL<br><br>_Defendant_ | )<br>)  Case No.  4:20-CR-070<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_  MEIGHAN O'DONNELL                         ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 2241(c) Aggravated Sexual Abuse with a Child Under 12 Years of Age

Date: 08/06/2020

_Issuing officer's signature_

City and state: Savannah, Georgia

John E. Triplett, Acting Clerk of Court
_Printed name and title_

### Return

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ _____ .

Date: _____

_Arresting officer's signature_

_Printed name and title_